1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7  STOCKFOOD AMERICA, INC.,

Case No. 20-cv-03507-JD

Plaintiff,

8

9      v.

**ORDER ADOPTING REPORT AND RECOMMENDATION, AND GRANTING MOTION FOR DEFAULT JUDGMENT**

10  SEQUOIA WHOLESALE FLORIST, INC.,

Defendant.

11

Re: Dkt. No. 34

12          This is a copyright infringement action brought by plaintiff Stockfood America, Inc.

13  (Stockfood) against defendant Sequoia Wholesale Florist, Inc. (Sequoia), concerning Sequoia's

14  unlicensed use of Stockfood's photograph of a flower of the genus *Eryngium*, Dkt. No. 1 ¶ 10 &

15  Ex. 2.  Default was entered for Sequoia, Dkt. No. 25, and Stockfood filed a motion for default

16  judgment, Dkt. No. 27.

17          Magistrate Judge Donna M. Ryu filed a report and recommendation for that motion.  Dkt.

18  No. 34.  Despite being ordered to serve a copy of the report and recommendation on Sequoia

19  "[i]mmediately upon receipt," Dkt. No. 34 at 16, Stockfood inexplicably did not serve Sequoia or

20  file a certificate of service until well over a month after the Magistrate Judge issued her report and

21  recommendation.  Dkt. No. 36.  Even so, the record establishes that Sequoia was served, albeit

22  less than promptly as ordered.  It has not filed a response or objection to the report, and the time to

23  respond has closed.  Dkt. No. 34 at 16; Fed. R. Civ. P. 72(a).

24          Magistrate Judge Ryu's report was issued after holding a motion hearing and receiving

25  supplemental briefing from Stockfood, Dkt. Nos. 32, 33, and the Court finds the report to be

26  thorough and well-reasoned.  It is adopted in full, and Stockfood's motion for default judgment is

27  granted as recommended.  Stockfood is awarded $4,800 in statutory damages, $6,342.50 for

28

United States District Court
Northern District of California

1    attorney's fees, $576.24 in costs, and post-judgment interest.  Its requests for injunctive relief and

2    pre-judgment interest are denied.

3              Judgment will be entered for plaintiff and the case closed.

4              **IT IS SO ORDERED.**

5    Dated:  October 6, 2021

6

7                                                                                        _____

8                                                                                        JAMES DONATO
                                                                                         United States District Judge

9

2