UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STOCKFOOD AMERICA, INC., <br> Plaintiff, <br> v. <br> SEQUOIA WHOLESALE FLORIST, INC., <br> Defendant. | Case No. 20-cv-03507-JD <br><br> **JUDGMENT** |

Plaintiff Stockfood America, Inc.'s motion for default judgment was granted, and it was awarded $4,800 in statutory damages under the Copyright Act, 17 U.S.C. § 501 et seq., $6,342.50 for attorney's fees, $576.24 in costs, and post-judgment interest. Dkt. No. 37.

Pursuant to Federal Rule of Civil Procedure 58, judgment is entered for plaintiff Stockfood America, Inc.

**IT IS SO ORDERED.**

Dated: October 6, 2021

_____
JAMES DONATO
United States District Judge